ZACHARY LEVINE (Bar No. 265901)
zjl@wolklevine.com
SARAH R. WOLK (Bar No. 251461)
srw@wolklevine.com
MAINAK D'ATTARAY (Bar No. 283999)
md@wolklevine.com
Wolk & Levine, LLP
550 N. Brand Blvd., Ste. 625
Glendale, CA 91203
Telephone: 818-241-7499
Facsimile: 323-892-2324

Attorneys for Plaintiff
Gilbert Lerma Jr.

JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT LERMA JR., an individual d/b/a STYLISTICS CAR CLUB,<br><br>Plaintiff,<br><br>vs.<br><br>STYLISTICS LOS ANGELES CAR CLUB, INC., a California Corporation; JORGE LUIS RAMIREZ, an individual; and DOES 1-10;<br><br>Defendants. | Case No.: CV 12-06704 DDP (JEMx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date:   July 22, 2013<br>Time:   10:00 a.m.<br>Judge:  Hon. Dean D. Pregerson |

TAKE NOTICE THAT the above-titled matter came before the Court on July 22, 2013, at 10:00 a.m. Present were attorneys for Plaintiff, Wolk & Levine, LLP, Defendants failed to appear or defend.  After hearing arguments presented by Plaintiff and reviewing the motion and other documents on file herein, this Court ORDERS the following:

1. Default Judgment against Defendants Stylistics Los Angeles Car Club, Inc., and Jorge Luis Ramirez is GRANTED;

2. The facts pleaded in the Complaint against Defendants are deemed to be true;

3. Defendants improperly registered their trademark application, thereby infringing on Plaintiff's earlier used mark;

4. Plaintiff's prayer for damages in the amount of $150,000.00 is DENIED;

5. Plaintiff's prayer for relief enjoining Defendants from engaging in any further activities infringing on Plaintiff's mark is GRANTED; and

6. Plaintiff's prayer that Defendants' trademark application should be revoked is GRANTED.

SO ORDERED.

Date: July 23, 2013

HON. DEAN D. PREGERSON
United States District Judge

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**